# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FALASHA ALI,

    Plaintiff,

vs.

CITY OF NORTH LAS VEGAS, et al.,

    Defendants.

Case No. 2:10-CV-01690-KJD-(PAL)

**ORDER**

        Plaintiff has submitted a letter (#6), which the court construes as a motion for enlargement. The court will give plaintiff additional time to submit an amended complaint.

        In the future, plaintiff comply with Local Rules 10-1 and 10-2 when he submits requests to the court. Submitting requests in the form of a letter may result in no action being taken.

        IT IS THEREFORE ORDERED that plaintiff's motion for enlargement (#6) is **GRANTED**. Plaintiff shall have through March 25, 2011, to submit an amended complaint.

        DATED: March 4, 2011

_____
KENT J. DAWSON
United States District Judge