# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FALASHA ALI,

    Plaintiff,

v.

CITY OF NORTH LAS VEGAS, *et al*.,

    Defendants.

Case No. 2:10-CV-01690-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Court Order to Serve Defendants (#45). On December 20, 2013, the Ninth Circuit Court of Appeals summarily affirmed the Court's order dismissing the claims against all parties other than Defendant City of North Las Vegas. See Order, Docket No. 36. Instead, the Ninth Circuit reversed the Court's judgment against the City of North Las Vegas and ordered that those claims be dismissed without prejudice for lack of proper service. Id. Mandate (#37) issued on January 14, 2014, and the Court issued its Order on Mandate (#40), complying with the order of the Ninth Circuit Court of Appeals and dismissing the claims against the City of North Las Vegas without prejudice.

    Defendant then filed an Amended Complaint (#41) in this closed action on May 9, 2014. Since this action is closed and all claims have been dismissed, the only appropriate action is for Plaintiff to file the claims against the City of North Las Vegas in an entirely new action.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Court Order to Serve
2  Defendants (#45) is **DENIED**.

3  DATED this 19th day of November 2014.

_____
Kent J. Dawson
United States District Judge

2