# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FALASHA ALI,

    Plaintiff,

v.

CITY OF NORTH LAS VEGAS, *et al.*,

    Defendants.

Case No. 2:10-CV-01690-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Reconsideration (#51). Defendants filed a response in opposition (#52).

I. Procedural History

    On December 20, 2013, the Ninth Circuit Court of Appeals summarily affirmed the Court's order dismissing the claims against all parties other than Defendant City of North Las Vegas. See Order, Docket No. 36. The Ninth Circuit reversed the Court's judgment against the City of North Las Vegas and ordered that those claims be dismissed without prejudice for lack of proper service. Id. Mandate (#37) issued on January 14, 2014, and the Court issued its Order on Mandate (#40), complying with the order of the Ninth Circuit Court of Appeals and dismissing the claims against the City of North Las Vegas without prejudice.

Plaintiff then filed an Amended Complaint (#41) in this closed action on May 9, 2014. He also moved the Court to have the Amended Complaint served by the United States Marshals. The Court denied (#46) the motion because the case was closed. Plaintiff then filed a motion to reconsider (#47). The Court denied (#50) that motion on March 31, 2015 citing the rule that a trial court may not reconsider a question decided by an appellate court. Plaintiff then filed the present motion.

II. Analysis

Plaintiff now asserts that he asking the Court to reconsider its Order (#23) which was the subject of Plaintiff's appeal (#25). Plaintiff prevailed in his appeal to the extent that the order dismissing the claims against the City of North Las Vegas was reversed. However, the Court of Appeals ordered this court to dismiss those claims without prejudice[1] for failure to serve them in accordance with Federal Rule of Civil Procedure 4(m). As explained in the Court's prior order, the law of the case prevents the Court from reconsidering the Ninth Circuit's Order (#36). Plaintiff has the right to appeal the Court's post-mandate orders or to file a new civil action. However, the Court cannot grant Plaintiff the relief he seeks in the present motion.

III. Conclusion

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (#51) is **DENIED**.

DATED this 10th day of July 2015.

_____
Kent J. Dawson
United States District Judge

---

[1] "Without prejudice" means that the claims have not been dismissed on the merits. Plaintiff may refile the claims in a completely new action.